Exhibit 2

U.S. Department of Labor
Wage and Hour Division



This report is authorized by Section 11 of Fair Labor Standards Act and other Wage-Hour laws. While you are not required to respond, your cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.

Date: 2/5/2020

Mr. / Miss / Mrs. / Ms.

I, Ms. **Wil Davis** (Name of employee), of **810 West Kennicot** (Number, street, apt. no.)

Place of interview: **ER Est.**

City or town: **Carbondale**  State: **IL**  Zip Code: **62901**

Telephone number: **618.549.4836**

(Driver's licence number — Do not request if number is same as Social Security Number) —

**60** years of age, (was/have been employed by) **Longbranch** (Establishment)

**Carbondale, IL** (Location of establishment) for the approximate period from _____ to **28 years** (if still employed state "present")

as **Barista/Manager** (Occupation or description of duties)

Statement: Current ownership has been here 22-23 years.

I work 4 days as a Barista, W-Sat. On Tuesdays is my manager day, schedule, meetings w/ all other managers, ordering, & getting things prepared for the week.

I am able to hire & fire. I am paid on a salary basis. I am paid biweekly, every other Tuesday by check. My gross is around $930-$940. I make $1,880 a year in tips. I don't make the tips directly, its the tips I receive

(If additional space is needed continue on reverse)   Form WH-31 (Rev. May 2010)

from the tip pool. So we have a tip jar at the Barista section & server section. Cash & credit card tips go in the jar then we count who all was here & divide it up. 5% of tips go to dishwasher & 5% to kitchen, & then the servers tip out the barista. The owner doesn't take tips. Management, I think, came up w/ the tip pooling. Thinking they contribute to so they should get an extra something. The cooks split up the tips among each other. I think every 2 weeks, they take their tips & split it up, based on who worked the most, etc. You'd have to ask Reulea she came up with a method.

I clock in & out. I am not paid by the hour. My pay is not deducted if I work less or if I work more I don't receive more.

Elaine, my boss, hires servers. First we do phone interview, then a sit down w/ Elaine & I then an "audition" (11am-1pm) where they come in & work, no pay but we feed them & then we discuss if they are a good fit, & hire them from there.

There are 3 high schoolers that work here 2 do dish & another does serving.

I have read the above & it is true.

X [signature]
Witness [signature] Lindsey Corona