# Exhibit 3

| 1/11/2020 | pay period totals |
|---|---|
| Alayna Bullock | 59.45 |
| Amber Segler | 27.42 |
| Amira Ruperto | 19.67 |
| Heidi Brown | 31.45 |
| Totals: | 137.99 |
| Craig/Janitor | 9 |
| | 146.99 |

SAMPLE TIME RECS

Scanned with CamScanner

# EMPLOYEE TIME CLOCK SUMMARY
## Longbranch Cafe & Bakery
### 12/29/19 - 01/11/20

| EMPLOYEE | WEEK | JOB DESC | RATE | OT RATE | HOURS | OT | LABOR | TIPS | SALES |
|---|---|---|---|---|---|---|---|---|---|
| 300 : , | 12/29/19 | | 0.00 | 0.00 | 40.00 | 128.00 | 0.00 | | |
| | 01/05/20 | | 0.00 | 0.00 | 40.00 | 128.00 | 0.00 | | |
| | | *EMPLOYEE PERIOD TOTALS:* | | | **80.00** | **256.00** | **0.00** | | |
| 28 : Alkhafaji, Rawea | 12/29/19 | Cook | 8.75 | 0.00 | 30.93 | 0.00 | 270.64 | | |
| | 01/05/20 | Cook | 8.75 | 0.00 | 35.70 | 0.00 | 312.38 | | |
| | | *EMPLOYEE PERIOD TOTALS:* | | | **66.63** | **0.00** | **583.02** | | |
| 81 : Battrell, Curt | 12/29/19 | Server | 5.00 | 0.00 | 25.13 | 0.00 | 125.65 | | 1678.25 |
| | 01/05/20 | Server | 5.00 | 0.00 | 28.59 | 0.00 | 142.95 | | 1795.25 |
| | | *EMPLOYEE PERIOD TOTALS:* | | | **53.72** | **0.00** | **268.60** | | **3473.50** |
| 51 : Brown, Todd | 01/05/20 | Catering | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| | | *EMPLOYEE PERIOD TOTALS:* | | | **0.00** | **0.00** | **0.00** | | |
| 12 : Davis, Wil | 12/29/19 | manager | 0.00 | 0.00 | 3.87 | 0.00 | 0.00 | | |
| | 12/29/19 | Bartender | 0.00 | 0.00 | 26.44 | 0.00 | 0.00 | | 628.00 |
| | | *EMPLOYEE WEEK TOTALS:* | | | *30.31* | *0.00* | *0.00* | | *628.00* |
| | 01/05/20 | manager | 0.00 | 0.00 | 6.83 | 0.32 | 0.00 | | |
| | 01/05/20 | Bartender | 0.00 | 0.00 | 33.17 | 1.54 | 0.00 | | 813.05 |
| | | *EMPLOYEE WEEK TOTALS:* | | | *40.00* | *1.86* | *0.00* | | *813.05* |
| | | *EMPLOYEE PERIOD TOTALS:* | | | **70.31** | **1.86** | **0.00** | | **1441.05** |
| | | *manager* | *0.00* | *0.00* | *10.70* | *0.32* | *0.00* | | |
| | | *Bartender* | *0.00* | *0.00* | *59.61* | *1.54* | *0.00* | | |
| 13 : Dorris, Emma | 12/29/19 | DW | 9.00 | 0.00 | 5.92 | 0.00 | 53.28 | | |
| | | *EMPLOYEE PERIOD TOTALS:* | | | **5.92** | **0.00** | **53.28** | | |
| 29 : Durrance, Ashley | 01/05/20 | Server | 5.00 | 0.00 | 11.52 | 0.00 | 57.60 | | 927.50 |
| | | *EMPLOYEE PERIOD TOTALS:* | | | **11.52** | **0.00** | **57.60** | | **927.50** |
| 71 : Evischi, Julianna | 12/29/19 | Server | 5.00 | 0.00 | 20.33 | 0.00 | 101.65 | | 2112.50 |
| | 01/05/20 | Server | 5.00 | 0.00 | 19.97 | 0.00 | 99.85 | | 2126.75 |
| | | *EMPLOYEE PERIOD TOTALS:* | | | **40.30** | **0.00** | **201.50** | | **4239.25** |
| 82 : Fox, Raine | 12/29/19 | Server | 5.45 | 0.00 | 14.90 | 0.00 | 81.21 | | 1769.00 |
| | 01/05/20 | Server | 5.45 | 0.00 | 20.95 | 0.00 | 114.18 | | 1832.75 |
| | | *EMPLOYEE PERIOD TOTALS:* | | | **35.85** | **0.00** | **195.39** | | **3601.75** |
| 88 : Frutoz, Lana | 12/29/19 | Bartender | 5.00 | 0.00 | 15.68 | 0.00 | 78.40 | | 445.00 |
| | 01/05/20 | Bartender | 5.00 | 0.00 | 29.04 | 0.00 | 145.20 | | 555.75 |
| | | *EMPLOYEE PERIOD TOTALS:* | | | **44.72** | **0.00** | **223.60** | | **1000.75** |
| 84 : Goolsby, Cierra | 12/29/19 | Trainee | 8.25 | 0.00 | 2.83 | 0.00 | 23.35 | | |
| | 12/29/19 | Bartender | 5.00 | 0.00 | 28.42 | 0.00 | 142.10 | | 902.00 |
| | | *EMPLOYEE WEEK TOTALS:* | | | *31.25* | *0.00* | *165.45* | | *902.00* |
| | 01/05/20 | Bartender | 5.00 | 0.00 | 36.06 | 0.00 | 180.30 | | 986.25 |

\* Hours for time clock records which are not clocked out are not included in pay calculations.

# EMPLOYEE TIME CLOCK SUMMARY
## Longbranch Cafe & Bakery
### 12/29/19 - 01/11/20

| EMPLOYEE | WEEK | JOB DESC | RATE | OT RATE | HOURS | OT | LABOR | TIPS | SALES |
|---|---|---|---|---|---|---|---|---|---|
| | | EMPLOYEE PERIOD TOTALS: | | | 67.31 | 0.00 | 345.75 | | 1888.25 |
| | | Trainee | 8.25 | 0.00 | 2.83 | | 23.35 | | |
| | | Bartender | 5.00 | 0.00 | 64.48 | | 322.40 | | |
| 67 : Lind, Justin | 12/29/19 | Janitor | 11.45 | 0.00 | 5.15 | 0.00 | 58.97 | | |
| | 12/29/19 | Dishwasher | 11.45 | 0.00 | 11.13 | 0.00 | 127.44 | | |
| | | EMPLOYEE WEEK TOTALS: | | | 16.28 | 0.00 | 186.41 | | |
| | 01/05/20 | Janitor | 11.45 | 0.00 | 11.95 | 0.00 | 136.83 | | |
| | 01/05/20 | Dishwasher | 11.45 | 0.00 | 10.82 | 0.00 | 123.89 | | |
| | | EMPLOYEE WEEK TOTALS: | | | 22.77 | 0.00 | 260.72 | | |
| | | EMPLOYEE PERIOD TOTALS: | | | 39.05 | 0.00 | 447.13 | | |
| | | Janitor | 11.45 | 0.00 | 17.10 | | 195.80 | | |
| | | Dishwasher | 0.00 | 0.00 | 21.95 | | 251.33 | | |
| 49 : Marshall, Chris | 12/29/19 | Dish Washer | 0.00 | 0.00 | 13.63 | 0.00 | 0.00 | | |
| | 12/29/19 | Cook | 0.00 | 0.00 | 5.39 | 0.00 | 0.00 | | |
| | | EMPLOYEE WEEK TOTALS: | | | 19.02 | 0.00 | 0.00 | | |
| | 01/05/20 | Dish Washer | 0.00 | 0.00 | 8.14 | 0.00 | 0.00 | | |
| | 01/05/20 | Cook | 0.00 | 0.00 | 15.58 | 0.00 | 0.00 | | |
| | | EMPLOYEE WEEK TOTALS: | | | 23.72 | 0.00 | 0.00 | | |
| | | EMPLOYEE PERIOD TOTALS: | | | 42.74 | 0.00 | 0.00 | | |
| | | Dish Washer | 0.00 | 0.00 | 21.77 | | 0.00 | | |
| | | Cook | 0.00 | 0.00 | 20.97 | | 0.00 | | |
| 61 : McSparin, Jennifer | 12/29/19 | Server | 5.00 | 0.00 | 17.52 | 0.00 | 87.60 | | 1842.75 |
| | 01/05/20 | Server | 5.00 | 0.00 | 22.07 | 0.00 | 110.35 | | 1269.50 |
| | | EMPLOYEE PERIOD TOTALS: | | | 39.59 | 0.00 | 197.95 | | 3112.25 |
| 40 : Millard, Anne | 12/29/19 | Server | 0.00 | 0.00 | 10.45 | 0.00 | 0.00 | | 1098.75 |
| | 01/05/20 | Trainee | 0.00 | 0.00 | 18.11 | 0.00 | 0.00 | | |
| | 01/05/20 | Server | 0.00 | 0.00 | 16.36 | 0.00 | 0.00 | | 1207.00 |
| | | EMPLOYEE WEEK TOTALS: | | | 34.47 | 0.00 | 0.00 | | 1207.00 |
| | | EMPLOYEE PERIOD TOTALS: | | | 44.92 | 0.00 | 0.00 | | 2305.75 |
| | | Trainee | 0.00 | 0.00 | 18.11 | | 0.00 | | |
| | | Server | 0.00 | 0.00 | 26.81 | | 0.00 | | |
| 59 : Osterholt, Craig | 12/29/19 | Janitor | 9.50 | 0.00 | 10.84 | 0.00 | 102.98 | | |
| | 01/05/20 | Janitor | 9.50 | 0.00 | 7.78 | 0.00 | 73.91 | | |
| | | EMPLOYEE PERIOD TOTALS: | | | 18.62 | 0.00 | 176.89 | | |
| 56 : PEREZ, Tina | 12/29/19 | cook | 11.45 | 0.00 | 12.86 | 0.00 | 147.25 | | |
| | 01/05/20 | cook | 11.45 | 0.00 | 38.15 | 3.38 | 436.82 | | |
| | 01/05/20 | Manager | 11.45 | 0.00 | 1.85 | 0.16 | 21.18 | | |
| | | EMPLOYEE WEEK TOTALS: | | | 40.00 | 3.54 | 458.00 | | |

\* Hours for time clock records which are not clocked out are not included in pay calculations.

Scanned with CamScanner

**Longbranch Cafe & Bakery**
12/29/19 - 01/11/20

| EMPLOYEE | WEEK | JOB DESC | RATE | OT RATE | HOURS | OT | LABOR | TIPS | SALES |
|---|---|---|---|---|---|---|---|---|---|
| | | EMPLOYEE PERIOD TOTALS: | | | 52.86 | 3.54 | 605.25 | | |
| | | cook | 11.45 | 0.00 | 51.00 | 3.38 | 584.07 | | |
| | | Manager | 0.00 | 0.00 | 1.85 | 0.16 | 21.18 | | |
| 11 : Ramseyer, Elaine | 12/29/19 | | 0.00 | 0.00 | 40.00 | 128.00 | 0.00 | | |
| | 01/05/20 | | 0.00 | 0.00 | 40.00 | 128.00 | 0.00 | | |
| | | EMPLOYEE PERIOD TOTALS: | | | 80.00 | 256.00 | 0.00 | | |
| 97 : Rosales, Mike | 12/29/19 | Cook | 10.75 | 0.00 | 22.94 | 0.00 | 246.61 | | |
| | 12/29/19 | Manager | 10.75 | 0.00 | 11.79 | 0.00 | 126.74 | | |
| | | EMPLOYEE WEEK TOTALS: | | | 34.73 | 0.00 | 373.35 | | |
| | 01/05/20 | Cook | 10.75 | 0.00 | 26.92 | 0.00 | 289.39 | | |
| | 01/05/20 | Manager | 10.75 | 0.00 | 7.39 | 0.00 | 79.44 | | |
| | | EMPLOYEE WEEK TOTALS: | | | 34.31 | 0.00 | 368.83 | | |
| | | EMPLOYEE PERIOD TOTALS: | | | 69.04 | 0.00 | 742.18 | | |
| | | Cook | 10.75 | 0.00 | 49.86 | | 536.00 | | |
| | | Manager | 0.00 | 0.00 | 19.18 | | 206.18 | | |
| 31 : Scoggin, Marquez | 12/29/19 | Server | 8.75 | 0.00 | 6.09 | 0.00 | 53.29 | | 356.00 |
| | 01/05/20 | Server | 8.75 | 0.00 | 11.64 | 0.00 | 101.85 | | 652.00 |
| | | EMPLOYEE PERIOD TOTALS: | | | 17.73 | 0.00 | 155.14 | | 1008.00 |
| 18 : Serbantez, Marcus | 01/05/20 | Dish Washer | 0.00 | 0.00 | 7.98 | 0.00 | 0.00 | | |
| | | EMPLOYEE PERIOD TOTALS: | | | 7.98 | 0.00 | 0.00 | | |
| 16 : Singleton, Thomas | 12/29/19 | Dish Washer | 9.00 | 0.00 | 2.43 | 0.00 | 21.87 | | |
| | 01/05/20 | Dish Washer | 9.00 | 0.00 | 16.60 | 0.00 | 149.40 | | |
| | | EMPLOYEE PERIOD TOTALS: | | | 19.03 | 0.00 | 171.27 | | |
| 43 : Steele, Scott | 12/29/19 | Cook | 9.50 | 0.00 | 28.06 | 0.00 | 266.57 | | |
| | 01/05/20 | Cook | 9.50 | 0.00 | 32.04 | 0.00 | 304.38 | | |
| | | EMPLOYEE PERIOD TOTALS: | | | 60.10 | 0.00 | 570.95 | | |
| 89 : Suazo, Johnathon | 12/29/19 | Dish Washer | 9.54 | 0.00 | 6.52 | 0.00 | 62.20 | | |
| | 01/05/20 | Dish Washer | 9.54 | 0.00 | 10.04 | 0.00 | 95.78 | | |
| | | EMPLOYEE PERIOD TOTALS: | | | 16.56 | 0.00 | 157.98 | | |
| 15 : Suderow, Jessica | 12/29/19 | Cook | 9.00 | 0.00 | 15.29 | 0.00 | 137.61 | | 1147.50 |
| | 12/29/19 | Server | 9.00 | 0.00 | 12.18 | 0.00 | 109.62 | | 1147.50 |
| | | EMPLOYEE WEEK TOTALS: | | | 27.47 | 0.00 | 247.23 | | |
| | 01/05/20 | Cook | 9.00 | 0.00 | 11.96 | 0.00 | 107.64 | | 897.25 |
| | 01/05/20 | Server | 9.00 | 0.00 | 10.02 | 0.00 | 90.18 | | 897.25 |
| | | EMPLOYEE WEEK TOTALS: | | | 21.98 | 0.00 | 197.82 | | |

\* Hours for time clock records which are not clocked out are not included in pay calculations.

Scanned with CamScanner

Page: 4 of 4

# EMPLOYEE TIME CLOCK SUMMARY
## Longbranch Cafe & Bakery
### 12/29/19 - 01/11/20

01/12/20

| EMPLOYEE | WEEK | JOB DESC | RATE | OT RATE | HOURS | OT | LABOR | TIPS | SALES |
|---|---|---|---|---|---|---|---|---|---|
| | | EMPLOYEE PERIOD TOTALS: | | | 49.45 | 0.00 | 445.05 | | 2044.75 |
| | | Cook | 9.00 | 0.00 | 27.25 | | 245.25 | | |
| | | Server | 0.00 | 0.00 | 22.20 | | 199.80 | | |
| 22 : Trujillo, Cindy | 12/29/19 | Cook | 0.00 | 0.00 | 14.22 | 0.00 | 0.00 | | |
| | 01/05/20 | Cook | 0.00 | 0.00 | 18.08 | 0.00 | 0.00 | | |
| | | EMPLOYEE PERIOD TOTALS: | | | 32.30 | 0.00 | 0.00 | | |

TOTAL HOURS       1583.67
TOTAL LABOR       $5598.53
TOTAL TIPS        0.00
TOTAL TIP SALES   25042.80
TOTAL SALES       25042.80

\* Hours for time clock records which are not clocked out are not included in pay calculations.

Scanned with CamScanner

Exhibit 3

| | 1/25/2020 pay period totals |
|---|---|
| Alayna Bullock | 73.94 |
| Amber Segler | 31 |
| Amira Ruperto | 16.5 |
| Heidi Brown | 36.23 |
| Totals: | 157.67 |
| Craig/Janitor | 10 |



Scanned with CamScanner

# EMPLOYEE TIME CLOCK SUMMARY
## Longbranch Cafe & Bakery
01/12/20 - 01/25/20

| EMPLOYEE | WEEK | JOB DESC | RATE | OT RATE | HOURS | OT | LABOR | TIPS | SALES |
|---|---|---|---|---|---|---|---|---|---|
|  |  | EMPLOYEE PERIOD TOTALS: |  |  | 38.52 | 0.00 | 209.94 |  | 2929.25 |
|  |  | Trainee | 9.00 | 0.00 | 0.00 |  | 0.00 |  |  |
|  |  | Server | 5.45 | 0.00 | 38.53 |  | 209.94 |  |  |
| 88 : Frutoz, Lana | 01/12/20 | Bartender | 5.00 | 0.00 | 29.15 | 0.00 | 145.75 |  | 557.00 |
|  | 01/19/20 | Bartender | 5.00 | 0.00 | 28.33 | 0.00 | 141.65 |  | 962.50 |
|  |  | EMPLOYEE PERIOD TOTALS: |  |  | 57.48 | 0.00 | 287.40 |  | 1519.50 |
| 84 : Goolsby, Cierra | 01/12/20 | Bartender | 5.00 | 0.00 | 35.67 | 0.00 | 178.35 |  | 1303.80 |
|  | 01/19/20 | Bartender | 5.00 | 0.00 | 35.60 | 0.00 | 178.00 |  | 959.75 |
|  |  | EMPLOYEE PERIOD TOTALS: |  |  | 71.27 | 0.00 | 356.35 |  | 2263.55 |
| 67 : Lind, Justin | 01/12/20 | Janitor | 11.45 | 0.00 | 12.70 | 0.00 | 145.42 |  |  |
|  | 01/12/20 | Dishwasher | 11.45 | 0.00 | 11.29 | 0.00 | 129.27 |  |  |
|  |  | EMPLOYEE WEEK TOTALS: |  |  | 23.99 | 0.00 | 274.69 |  |  |
|  | 01/19/20 | Janitor | 11.45 | 0.00 | 12.97 | 0.00 | 148.51 |  |  |
|  | 01/19/20 | Dishwasher | 11.45 | 0.00 | 11.46 | 0.00 | 131.22 |  |  |
|  |  | EMPLOYEE WEEK TOTALS: |  |  | 24.43 | 0.00 | 279.73 |  |  |
|  |  | EMPLOYEE PERIOD TOTALS: |  |  | 48.42 | 0.00 | 554.42 |  |  |
|  |  | Janitor | 11.45 | 0.00 | 25.66 |  | 293.93 |  |  |
|  |  | Dishwasher | 0.00 | 0.00 | 22.75 |  | 260.49 |  |  |
| 49 : Marshall, Chris | 01/12/20 | Dish Washer | 0.00 | 0.00 | 7.65 | 0.00 | 0.00 |  |  |
|  | 01/12/20 | Cook | 0.00 | 0.00 | 15.61 | 0.00 | 0.00 |  |  |
|  |  | EMPLOYEE WEEK TOTALS: |  |  | 23.26 | 0.00 | 0.00 |  |  |
|  | 01/19/20 | Dish Washer | 0.00 | 0.00 | 12.13 | 0.00 | 0.00 |  |  |
|  | 01/19/20 | Cook | 0.00 | 0.00 | 15.84 | 0.00 | 0.00 |  |  |
|  |  | EMPLOYEE WEEK TOTALS: |  |  | 27.97 | 0.00 | 0.00 |  |  |
|  |  | EMPLOYEE PERIOD TOTALS: |  |  | 51.23 | 0.00 | 0.00 |  |  |
|  |  | Dish Washer | 0.00 | 0.00 | 19.78 |  | 0.00 |  |  |
|  |  | Cook | 0.00 | 0.00 | 31.45 |  | 0.00 |  |  |
| 61 : McSparin, Jennifer | 01/12/20 | Server | 5.00 | 0.00 | 23.84 | 0.00 | 119.20 |  | 895.25 |
|  | 01/19/20 | Server | 5.00 | 0.00 | 23.29 | 0.00 | 116.45 |  | 1990.75 |
|  |  | EMPLOYEE PERIOD TOTALS: |  |  | 47.13 | 0.00 | 235.65 |  | 2886.00 |
| 40 : Millard, Anne | 01/12/20 | Trainee | 0.00 | 0.00 | 4.36 | 0.00 | 0.00 |  |  |
|  | 01/12/20 | Server | 0.00 | 0.00 | 22.09 | 0.00 | 0.00 |  | 1741.25 |
|  | 01/12/20 |  | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 |  |  |
|  | 01/12/20 | Cook | 0.00 | 0.00 | 7.15 | 0.00 | 0.00 |  |  |
|  |  | EMPLOYEE WEEK TOTALS: |  |  | 33.65 | 0.00 | 0.00 |  | 1741.25 |
|  | 01/19/20 | Server | 0.00 | 0.00 | 17.62 | 0.00 | 0.00 |  | 1328.50 |
|  | 01/19/20 | Cook | 0.00 | 0.00 | 7.11 | 0.00 | 0.00 |  |  |
|  |  | EMPLOYEE WEEK TOTALS: |  |  | 24.73 | 0.00 | 0.00 |  | 1328.50 |

Cookies
9.25

* Hours for time clock records which are not clocked out are not included in pay calculations.

Scanned with CamScanner

# EMPLOYEE TIME CLOCK SUMMARY
## Longbranch Cafe & Bakery
### 01/12/20 - 01/25/20

| EMPLOYEE | WEEK | JOB DESC | RATE | OT RATE | HOURS | OT | LABOR | TIPS | SALES |
|---|---|---|---|---|---|---|---|---|---|
| 300 : , | 01/12/20 |  | 0.00 | 0.00 | 40.00 | 128.00 | 0.00 |  |  |
|  | 01/19/20 |  | 0.00 | 0.00 | 40.00 | 128.00 | 0.00 |  |  |
|  |  | *EMPLOYEE PERIOD TOTALS:* | | | 80.00 | 256.00 | 0.00 | | |
| 28 : Alkhafaji, Rawea | 01/12/20 | Cook | 8.75 | 0.00 | 32.63 | 0.00 | 285.51 |  |  |
|  | 01/19/20 | Cook | 8.75 | 0.00 | 36.04 | 0.00 | 315.35 |  |  |
|  |  | *EMPLOYEE PERIOD TOTALS:* | | | 68.67 | 0.00 | 600.86 | | |
| 92 : Baker, Ben | 01/12/20 | Trainee | 0.00 | 0.00 | 8.47 | 0.00 | 0.00 |  |  |
|  | 01/19/20 | Trainee | 0.00 | 0.00 | 13.27 | 0.00 | 0.00 |  |  |
|  |  | *EMPLOYEE PERIOD TOTALS:* | | | 21.74 | 0.00 | 0.00 | | |
| 81 : Battrell, Curt | 01/12/20 | Server | 5.00 | 0.00 | 23.39 | 0.00 | 116.95 |  | 1362.00 |
|  | 01/19/20 | Server | 5.00 | 0.00 | 22.27 | 0.00 | 111.35 |  | 1589.00 |
|  |  | *EMPLOYEE PERIOD TOTALS:* | | | 45.66 | 0.00 | 228.30 | | 2951.00 |
| 12 : Davis, Wil | 01/12/20 | manager | 0.00 | 0.00 | 5.71 | 0.32 | 0.00 |  |  |
|  | 01/12/20 | Bartender | 0.00 | 0.00 | 34.29 | 1.90 | 0.00 |  | 1103.24 |
|  |  | *EMPLOYEE WEEK TOTALS:* | | | 40.00 | 2.22 | 0.00 | | 1103.24 |
|  | 01/19/20 | manager | 0.00 | 0.00 | 5.73 | 0.30 | 0.00 |  |  |
|  | 01/19/20 | Bartender | 0.00 | 0.00 | 34.28 | 1.83 | 0.00 |  | 980.50 |
|  |  | *EMPLOYEE WEEK TOTALS:* | | | 40.01 | 2.13 | 0.00 | | 980.50 |
|  |  | *EMPLOYEE PERIOD TOTALS:* | | | 80.01 | 4.35 | 0.00 | | 2083.74 |
|  |  | *manager* | *0.00* | *0.00* | *11.45* | *0.61* | *0.00* | | |
|  |  | *Bartender* | *0.00* | *0.00* | *68.56* | *3.73* | *0.00* | | |
| 13 : Dorris, Emma | 01/12/20 | DW | 9.00 | 0.00 | 3.84 | 0.00 | 34.56 |  |  |
|  | 01/19/20 | Trainee | 9.00 | 0.00 | 10.20 | 0.00 | 91.80 |  |  |
|  |  | *EMPLOYEE PERIOD TOTALS:* | | | 14.04 | 0.00 | 126.36 | | |
| 29 : Durrance, Ashley | 01/12/20 | Server | 5.00 | 0.00 | 18.38 | 0.00 | 91.90 |  | 1659.75 |
|  | 01/19/20 | Server | 5.00 | 0.00 | 13.35 | 0.00 | 66.75 |  | 1222.75 |
|  |  | *EMPLOYEE PERIOD TOTALS:* | | | 31.73 | 0.00 | 158.65 | | 2882.50 |
| 71 : Evischi, Julianna | 01/12/20 | Server | 5.00 | 0.00 | 10.93 | 0.00 | 54.65 |  | 750.75 |
|  | 01/19/20 | Server | 5.00 | 0.00 | 13.96 | 0.00 | 69.80 |  | 1337.75 |
|  |  | *EMPLOYEE PERIOD TOTALS:* | | | 24.89 | 0.00 | 124.45 | | 2088.50 |
| 82 : Fox, Raine | 01/12/20 | Server | 5.45 | 0.00 | 19.28 | 0.00 | 105.08 |  | 1528.50 |
|  | 01/19/20 | Trainee | 9.00 | 0.00 | 0.00 | 0.00 | 0.00 |  |  |
|  | 01/19/20 | Server | 5.45 | 0.00 | 19.24 | 0.00 | 104.86 |  | 1400.75 |
|  |  | *EMPLOYEE WEEK TOTALS:* | | | *19.24* | *0.00* | *104.86* | | *1400.75* |

\* Hours for time clock records which are not clocked out are not included in pay calculations.

Scanned with CamScanner

Exhibit 3

# EMPLOYEE TIME CLOCK SUMMARY
## Longbranch Cafe & Bakery
### 01/12/20 - 01/25/20

01/26/20

| EMPLOYEE | WEEK | JOB DESC | RATE | OT RATE | HOURS | OT | LABOR | TIPS | SALES |
|---|---|---|---|---|---|---|---|---|---|
| | | *EMPLOYEE PERIOD TOTALS:* | | | 58.38 | 0.00 | 0.00 | | 3069.75 |
| | | Trainee | 0.00 | 0.00 | 4.36 | | 0.00 | | |
| | | Server | 0.00 | 0.00 | 39.70 | | 0.00 | | |
| | | Cook | 0.00 | 0.00 | 14.31 | | 0.00 | | |
| 59 : Osterholt, Craig | 01/12/20 | Janitor | 9.50 | 0.00 | 8.42 | 0.00 | 79.99 | | |
| | 01/19/20 | Janitor | 9.50 | 0.00 | 9.65 | 0.00 | 91.68 | | |
| | | *EMPLOYEE PERIOD TOTALS:* | | | 18.07 | 0.00 | 171.67 | | |
| 56 : PEREZ, Tina | 01/12/20 | cook | 11.45 | 0.00 | 37.65 | 0.00 | 431.09 | | |
| | 01/12/20 | Manager | 11.45 | 0.00 | 1.07 | 0.00 | 12.25 | | |
| | | *EMPLOYEE WEEK TOTALS:* | | | 38.72 | 0.00 | 443.34 | | |
| | 01/19/20 | cook | 11.45 | 0.00 | 37.93 | 0.00 | 434.30 | | |
| | | *EMPLOYEE PERIOD TOTALS:* | | | 76.65 | 0.00 | 877.64 | | |
| | | cook | 11.45 | 0.00 | 75.58 | | 865.39 | | |
| | | Manager | 0.00 | 0.00 | 1.07 | | 12.25 | | |
| 11 : Ramseyer, Elaine | 01/12/20 | | 0.00 | 0.00 | 40.00 | 128.00 | 0.00 | | |
| | 01/19/20 | | 0.00 | 0.00 | 40.00 | 128.00 | 0.00 | | |
| | | *EMPLOYEE PERIOD TOTALS:* | | | 80.00 | 256.00 | 0.00 | | |
| 97 : Rosales, Mike | 01/12/20 | Cook | 10.75 | 0.00 | 35.45 | 0.33 | 381.09 | | |
| | 01/12/20 | Manager | 10.75 | 0.00 | 4.55 | 0.04 | 48.91 | | |
| | | *EMPLOYEE WEEK TOTALS:* | | | 40.00 | 0.37 | 430.00 | | |
| | 01/19/20 | Cook | 10.75 | 0.00 | 39.01 | 0.00 | 419.36 | | |
| | | *EMPLOYEE PERIOD TOTALS:* | | | 79.01 | 0.37 | 849.36 | | |
| | | Cook | 10.75 | 0.00 | 74.46 | 0.33 | 800.45 | | |
| | | Manager | 0.00 | 0.00 | 4.55 | 0.04 | 48.91 | | |
| 31 : Scoggin, Marquez | 01/12/20 | Server | 8.75 | 0.00 | 10.85 | 0.00 | 94.94 | | 459.25 |
| | 01/19/20 | Server | 8.75 | 0.00 | 5.23 | 0.00 | 45.76 | | 156.50 |
| | | *EMPLOYEE PERIOD TOTALS:* | | | 16.08 | 0.00 | 140.70 | | 615.75 |
| 18 : Serbantez, Marcus | 01/12/20 | Dish Washer | 0.00 | 0.00 | 14.40 | 0.00 | 0.00 | | |
| | 01/19/20 | Dish Washer | 0.00 | 0.00 | 15.45 | 0.00 | 0.00 | | |
| | | *EMPLOYEE PERIOD TOTALS:* | | | 29.85 | 0.00 | 0.00 | | |
| 16 : Singleton, Thomas | 01/19/20 | Dish Washer | 9.00 | 0.00 | 10.39 | 0.00 | 93.51 | | |
| | | *EMPLOYEE PERIOD TOTALS:* | | | 10.39 | 0.00 | 93.51 | | |
| 43 : Steele, Scott | 01/12/20 | Cook | 9.50 | 0.00 | 23.35 | 0.00 | 221.83 | | |
| | 01/19/20 | Cook | 9.50 | 0.00 | 26.71 | 0.00 | 253.75 | | |
| | | *EMPLOYEE PERIOD TOTALS:* | | | 50.06 | 0.00 | 475.58 | | |
| 89 : Suazo, Johnathon | 01/12/20 | Dish Washer | 9.54 | 0.00 | 12.67 | 0.00 | 120.87 | | |
| | 01/19/20 | Dish Washer | 9.54 | 0.00 | 7.31 | 0.00 | 69.74 | | |

\* Hours for time clock records which are not clocked out are not included in pay calculations.

Scanned with CamScanner

# EMPLOYEE TIME CLOCK SUMMARY
## Longbranch Cafe & Bakery
### 01/12/20 - 01/25/20

| EMPLOYEE | WEEK | JOB DESC | RATE | OT RATE | HOURS | OT | LABOR | TIPS | SALES |
|---|---|---|---|---|---|---|---|---|---|
| | | EMPLOYEE PERIOD TOTALS: | | | 19.98 | 0.00 | 190.61 | | |
| 15 : Suderow, Jessica | 01/12/20 | Cook | 9.00 | 0.00 | 10.30 | 0.00 | 92.70 | | 937.75 |
| | 01/12/20 | Server | 9.00 | 0.00 | 10.70 | 0.00 | 96.30 | | 937.75 |
| | | EMPLOYEE WEEK TOTALS: | | | 21.00 | 0.00 | 189.00 | | |
| | 01/19/20 | Cook | 9.00 | 0.00 | 9.15 | 0.00 | 82.35 | | 1523.00 |
| | 01/19/20 | Server | 9.00 | 0.00 | 20.58 | 0.00 | 185.22 | | 1523.00 |
| | | EMPLOYEE WEEK TOTALS: | | | 29.73 | 0.00 | 267.57 | | |
| | | EMPLOYEE PERIOD TOTALS: | | | 50.73 | 0.00 | 456.57 | | 2460.75 |
| | | Cook | 9.00 | 0.00 | 19.45 | | 175.05 | | |
| | | Server | 0.00 | 0.00 | 31.28 | | 281.52 | | |
| 22 : Trujillo, Cindy | 01/12/20 | Cook | 0.00 | 0.00 | 18.90 | 0.00 | 0.00 | | |
| | 01/19/20 | Cook | 0.00 | 0.00 | 14.91 | 0.00 | 0.00 | | |
| | | EMPLOYEE PERIOD TOTALS: | | | 33.81 | 0.00 | 0.00 | | |

| | |
|---|---|
| TOTAL HOURS | 1720.49 |
| TOTAL LABOR | $6138.02 |
| TOTAL TIPS | 0.00 |
| TOTAL TIP SALES | 25750.29 |
| TOTAL SALES | 25750.29 |

* Hours for time clock records which are not clocked out are not included in pay calculations.

Scanned with CamScanner