Exhibit 5

| First Name | Last Name | Address | City | State | Zip | Occupation | SSN | BW Start Date | BW End Date | Violation 1: Total MW Due | Violation 2: Total OT Due | Total BWs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jamie | Babre | | | | | | | 2/6/2018 | 2/6/2018 | $4,528.48 | $32.27 | $4,560.75 |
| Andrew | Barajas | | | | | | | 2/6/2018 | 2/6/2018 | $56.59 | $0.00 | $56.59 |
| Jaliel | Barr | | | | | | | 2/6/2018 | 2/6/2018 | $1,412.42 | $0.00 | $1,412.42 |
| Curtis | Battrell | | | | | | | 2/6/2018 | 2/6/2018 | $3,074.97 | $4.34 | $3,079.31 |
| Alanya | Bullock | | | | | | | 2/6/2018 | 2/6/2018 | $352.28 | $0.00 | $352.28 |
| Lindsay | Cappelli | | | | | | | 2/6/2018 | 2/6/2018 | $1,023.08 | $0.00 | $1,023.08 |
| Mara | Decker | | | | | | | 2/6/2018 | 2/6/2018 | $739.69 | $0.00 | $739.69 |
| Ashley | Durrance | | | | | | | 1/1/2109 | 1/1/2109 | $1,226.31 | $0.00 | $1,226.31 |
| Charissa | Eaton | | | | | | | 2/6/2018 | 2/6/2018 | $388.73 | $0.00 | $388.73 |
| Julianna | Evischi | | | | | | | 2/6/2018 | 2/6/2018 | $3,304.79 | $0.00 | $3,304.79 |
| Raine | Fox | | | | | | | 2/6/2018 | 2/6/2018 | $5,557.23 | $9.18 | $5,566.41 |
| Lana | Frutoz | | | | | | | 2/6/2018 | 2/6/2018 | $5,246.03 | $15.73 | $5,261.76 |
| Cierra | Goolsby | | | | | | | 2/6/2018 | 2/6/2018 | $4,122.49 | $48.13 | $4,170.62 |
| Jacob | Gorecki | | | | | | | 2/6/2018 | 2/6/2018 | $2,421.32 | $0.58 | $2,421.90 |
| Bianca | Hazen | | | | | | | 2/6/2018 | 2/6/2018 | $1,579.57 | $15.78 | $1,595.35 |
| Alexis | Heinz | | | | | | | 2/6/2018 | 2/6/2018 | $1,034.21 | $0.00 | $1,034.21 |
| Amanda | Henderson | | | | | | | 2/6/2018 | 2/6/2018 | $350.06 | $0.00 | $350.06 |
| Sierra | Hirtz | | | | | | | 2/6/2018 | 2/6/2018 | $23.02 | $0.00 | $23.02 |
| Layah | Jones | | | | | | | 2/6/2018 | 2/6/2018 | $71.89 | $0.00 | $71.89 |
| Maureen | Linson | | | | | | | 2/6/2018 | 2/6/2018 | $66.78 | $0.00 | $66.78 |
| Quinton | McBride | | | | | | | 2/6/2018 | 2/6/2018 | $258.19 | $0.00 | $258.19 |
| Jennifer | McSparin | | | | | | | 2/6/2018 | 2/6/2018 | $3,518.19 | $0.00 | $3,518.19 |
| Emma | Metz | | | | | | | 2/6/2018 | 2/6/2018 | $1,066.05 | $0.00 | $1,066.05 |

Exhibit 5

| Name | | | Date 1 | Date 2 | Amount | | Total |
|---|---|---|---|---|---|---|---|
| Anne | Millard | | 1/1/2019 | 1/1/2019 | $124.99 | $0.00 | $124.99 |
| Amr | Mostafa | | 2/6/2018 | 2/6/2018 | $76.90 | $0.00 | $76.90 |
| Madison | Pellow | | 2/6/2018 | 2/6/2018 | $3,593.63 | $0.00 | $3,593.63 |
| Marquez | Scoggin | | 1/1/2019 | 1/1/2019 | $843.24 | $0.00 | $843.24 |
| Jessica | Suderow | | 2/6/2018 | 2/6/2018 | $328.36 | $0.00 | $328.36 |
| Jeremiah | Wallace | | 2/6/2018 | 2/6/2018 | $274.88 | $0.00 | $274.88 |
| Melinda | Ware | | 2/6/2018 | 2/6/2018 | $1,704.53 | $0.00 | $1,704.53 |
| Olivia | Zambetta | | 2/6/2018 | 2/6/2018 | $831.33 | $0.00 | $831.33 |
| | | | | **Totals:** | **$49,200.23** | **$126.01** | **$49,326.24** |

| Date | First | Last | 2018 Tipped Hours | 2018 OT Hrs | 2018 Rate | 2018 OT Rate | 2018 MW Due | 2018 OT Due | 2019 Tipped Hours | 2019 OT Hrs | 2019 Rate | 2019 OT Rate | 2019 MW Due | 2019 OT Due | 2020 Tipped Hours | 2020 Rate | 2020 MW Due | Audition Comps | Total MW Due | Total OT Due | Total BW's Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/6/2018 | Andrew | Barajas | 25.15 | | $ 5.00 | $ 7.50 | $ 56.59 | $ - | | | $ 5.00 | $ 7.50 | $ - | $ - | | $ 5.55 | $ - | | $ 56.59 | $ - | $ 56.59 |
| 2/6/2018 | Jamie | Babre | 1540.54 | 19.8 | $ 5.00 | $ 7.50 | $ 3,466.22 | $ 32.27 | 472.12 | 0 | $ 5.00 | $ 7.50 | $ 1,062.27 | $ - | 0 | $ 5.55 | $ - | | $ 4,528.49 | $ 32.27 | $ 4,560.76 |
| 2/6/2018 | Jaliel | Barr | 405.12 | | $ 5.00 | $ 7.50 | $ 911.52 | $ - | 222.62 | | $ 5.00 | $ 7.50 | $ 500.90 | $ - | | $ 5.55 | $ - | | $ 1,412.42 | $ - | $ 1,412.42 |
| 2/6/2018 | Curtis | Battrell | 145.77 | 0 | $ 5.00 | $ 7.50 | $ 327.98 | $ - | 1146.25 | 1.65 | $ 5.00 | $ 7.50 | $ 2,579.06 | $ 2.69 | 98.78 | $ 5.55 | $ 167.93 | | $ 3,074.97 | $ 4.34 | $ 3,079.31 |
| 2/6/2018 | Alanya | Bullock | 156.57 | | $ 5.00 | $ 7.50 | $ 352.28 | $ - | | | $ 5.00 | $ 7.50 | $ - | $ - | | $ 5.55 | $ - | | $ 352.28 | $ - | $ 352.28 |
| 2/6/2018 | Lindsay | Cappelli | 454.7 | 0 | $ 5.00 | $ 7.50 | $ 1,023.08 | $ - | | | $ 5.00 | $ 7.50 | $ - | $ - | | $ 5.55 | $ - | | $ 1,023.08 | $ - | $ 1,023.08 |
| 2/6/2018 | Mara | Decker | 328.75 | | $ 5.00 | $ 7.50 | $ 739.69 | $ - | | | $ 5.00 | $ 7.50 | $ - | $ - | | $ 5.55 | $ - | | $ 739.69 | $ - | $ 739.69 |
| 1/1/2109 | Ashley | Durrance | | | $ 5.00 | $ 7.50 | $ - | $ - | 512.35 | 0 | $ 5.00 | $ 7.50 | $ 1,152.79 | $ - | 43.25 | $ 5.55 | $ 73.53 | | $ 1,226.31 | $ - | $ 1,226.31 |
| 2/6/2018 | Charissa | Eaton | 172.77 | | $ 5.00 | $ 7.50 | $ 388.73 | $ - | | | $ 5.00 | $ 7.50 | $ - | $ - | | $ 5.55 | $ - | | $ 388.73 | $ - | $ 388.73 |
| 2/6/2018 | Julianna | Evischi | 637.43 | 0 | $ 5.00 | $ 7.50 | $ 1,434.22 | $ - | 782.12 | 0 | $ 5.00 | $ 7.50 | $ 1,759.77 | $ - | 65.18 | $ 5.55 | $ 110.81 | | $ 3,304.79 | $ - | $ 3,304.79 |
| 2/6/2018 | Raine | Fox | 1310.73 | 5.63 | $ 5.00 | $ 7.50 | $ 2,949.14 | $ 9.18 | 1102.95 | 0 | $ 5.00 | $ 7.50 | $ 2,481.64 | $ - | 74.38 | $ 5.55 | $ 126.45 | | $ 5,557.23 | $ 9.18 | $ 5,566.40 |
| 2/6/2018 | Lana | Frutoz | 735.3 | 6.26 | $ 5.00 | $ 7.50 | $ 1,654.43 | $ 10.20 | 1519.05 | 2.1 | $ 5.00 | $ 7.50 | $ 3,417.86 | $ 3.42 | 102.2 | $ 5.55 | $ 173.74 | | $ 5,246.03 | $ 15.73 | $ 5,261.75 |
| 2/6/2018 | Cierra | Goolsby | 147.77 | 0 | $ 5.00 | $ 7.50 | $ 332.48 | $ - | 1581.88 | 18.3 | $ 5.00 | $ 7.50 | $ 3,559.23 | $ 29.83 | 135.75 | $ 5.55 | $ 230.78 | | $ 4,122.49 | $ 48.13 | $ 4,170.62 |
| 2/6/2018 | Jacob | Gorecki | 640.89 | 0 | $ 5.00 | $ 7.50 | $ 1,442.00 | $ - | 435.25 | 0.22 | $ 5.00 | $ 7.50 | $ 979.31 | $ 0.36 | | $ 5.55 | $ - | | $ 2,421.32 | $ 0.58 | $ 2,421.89 |
| 2/6/2018 | Bianca | Hazen | 702.03 | 9.68 | $ 5.00 | $ 7.50 | $ 1,579.57 | $ 15.78 | | | $ 5.00 | $ 7.50 | $ - | $ - | | $ 5.55 | $ - | | $ 1,579.57 | $ 15.78 | $ 1,595.35 |
| 2/6/2018 | Alexis | Heinz | 459.65 | | $ 5.00 | $ 7.50 | $ 1,034.21 | $ - | | | $ 5.00 | $ 7.50 | $ - | $ - | | $ 5.55 | $ - | | $ 1,034.21 | $ - | $ 1,034.21 |
| 2/6/2018 | Amanda | Henderson | 155.58 | | $ 5.00 | $ 7.50 | $ 350.06 | $ - | | | $ 5.00 | $ 7.50 | $ - | $ - | | $ 5.55 | $ - | | $ 350.06 | $ - | $ 350.06 |
| 2/6/2018 | Sierra | Hirtz | 10.23 | | $ 5.00 | $ 7.50 | $ 23.02 | $ - | | | $ 5.00 | $ 7.50 | $ - | $ - | | $ 5.55 | $ - | | $ 23.02 | $ - | $ 23.02 |
| 2/6/2018 | Layah | Jones | 31.95 | | $ 5.00 | $ 7.50 | $ 71.89 | $ - | | | $ 5.00 | $ 7.50 | $ - | $ - | | $ 5.55 | $ - | | $ 71.89 | $ - | $ 71.89 |
| 2/6/2018 | Maureen | Linson | 29.68 | | $ 5.00 | $ 7.50 | $ 66.78 | $ - | | | $ 5.00 | $ 7.50 | $ - | $ - | | $ 5.55 | $ - | | $ 66.78 | $ - | $ 66.78 |
| 2/6/2018 | Quinton | McBride | 114.75 | | $ 5.00 | $ 7.50 | $ 258.19 | $ - | | | $ 5.00 | $ 7.50 | $ - | $ - | | $ 5.55 | $ - | | $ 258.19 | $ - | $ 258.19 |
| 2/6/2018 | Jennifer | McSparin | 421.8 | | $ 5.00 | $ 7.50 | $ 949.05 | $ - | 1076.32 | | $ 5.00 | $ 7.50 | $ 2,421.72 | $ - | 86.72 | $ 5.55 | $ 147.42 | | $ 3,518.19 | $ - | $ 3,518.19 |
| 2/6/2018 | Emma | Metz | 364.55 | | $ 5.00 | $ 7.50 | $ 820.24 | $ - | 109.25 | | $ 5.00 | $ 7.50 | $ 245.81 | $ - | | $ 5.55 | $ - | | $ 1,066.05 | $ - | $ 1,066.05 |
| 1/1/2019 | Anne | Millard | | | $ 5.00 | $ 7.50 | $ - | $ - | 5.3 | | $ 5.00 | $ 7.50 | $ 11.93 | $ - | 66.51 | $ 5.55 | $ 113.07 | | $ 124.99 | $ - | $ 124.99 |
| 2/6/2018 | Amr | Mostafa | 34.18 | | $ 5.00 | $ 7.50 | $ 76.91 | $ - | | | $ 5.00 | $ 7.50 | $ - | $ - | | $ 5.55 | $ - | | $ 76.91 | $ - | $ 76.91 |
| 2/6/2018 | Jamie | Nelson | | 6 | $ 11.00 | $ 15.00 | $ - | $ 9.78 | | | $ 5.00 | $ 7.50 | $ - | $ - | | $ 5.55 | $ - | | $ - | $ 9.78 | $ 9.78 |
| 2/6/2018 | Madison | Pellow | 1082.27 | | $ 5.00 | $ 7.50 | $ 2,435.11 | $ - | 514.9 | | $ 5.00 | $ 7.50 | $ 1,158.53 | $ - | | $ 5.55 | $ - | | $ 3,593.63 | $ - | $ 3,593.63 |
| 2/6/2018 | Melinda | Ware | 243.55 | | $ 5.00 | $ 7.50 | $ 547.99 | $ - | 514.02 | | $ 5.00 | $ 7.50 | $ 1,156.55 | $ - | | $ 5.55 | $ - | | $ 1,704.53 | $ - | $ 1,704.53 |
| 2/6/2018 | Olivia | Zambetta | 369.48 | | $ 5.00 | $ 7.50 | $ 831.33 | $ - | | | $ 5.00 | $ 7.50 | $ - | $ - | | $ 5.55 | $ - | | $ 831.33 | $ - | $ 831.33 |
| 2/6/2018 | Jeremiah | Wallace | 122.17 | | $ 5.00 | $ 7.50 | $ 274.88 | $ - | | | $ 5.00 | $ 7.50 | $ - | $ - | | $ 5.55 | $ - | | $ 274.88 | $ - | $ 274.88 |
| 2/6/2018 | Jessica | Suderow | 105.53 | | $ 5.00 | $ 7.50 | $ 237.44 | $ - | | | $ 5.00 | $ 7.50 | $ - | $ - | 53.48 | $ 5.55 | $ 90.92 | | $ 328.36 | $ - | $ 328.36 |
| 2/6/2018 | Scott | Steele | | | $ 5.00 | $ 7.50 | $ - | $ - | | 2.28 | $ 10.00 | $ 13.50 | $ - | $ 3.72 | | $ 5.55 | $ - | | $ - | $ 6.00 | $ 6.00 |
| 1/1/2019 | Marquez | Scoggin | | | $ 5.00 | $ 7.50 | $ - | $ - | 349.22 | | $ 5.00 | $ 7.50 | $ 785.75 | $ - | 33.82 | $ 5.55 | $ 57.49 | | $ 843.24 | $ - | $ 843.24 |