# TIP OUT POLICY

Over the years, we have found that pooling tips is the fairest approach. It creates a spirit of team wo[rk] and builds trust. The procedure we follow to tip out Servers, Baristas, Kitchen Staff, Dishwashers, Barbacks, Hosts and Busboys has always been based on the honor system.

## STANDARD OPERATING PROCEDURES:

1. Always put cash tips in the bucket as you go through your shift.

2. Credit card tips are often bundled and held by the server until it's less busy and there [is] time to pull the cash out in larger bills to not deplete the server's bank. Servers must [be] mindful of the time on the credit card slips so that they can fairly distribute tips to th[e] appropriate team members.

3. Tips are pulled as soon as a new server comes on. Write down the time on the tip bucket. Any tables before the time the new server clocked in goes in that tip pool. I[f the] new server helps with any of the tables the team has already been taking care of, thi[s is] when the honor system goes into play. Communicate with the other servers in the p[ool] to let them know that you are involving the new server with a certain table.

4. Tip out Kitchen, Dishwasher, Barback and Host 5% each. On days when we have a [no] Busboy, they will split the 5% with the Dishwasher for the hours that they worked together.

5. If there is no busboy working that day and the dishwasher is busing all your tables, servers typically throw in something extra for their extra support on the floor.

Case 3:21-cv-00056-SMY Document 24-2 filed 11/22/21 Page 1 of 1 Page ID #246
Exhibit 7