**Longbranch Café and Bakery**
**Employee Conduct Report**

Employee Name: Jennifer     Date: 1/29/30

Manager(s) Name: Wilbur Davis

Type of Report: Verbal
(Indicate: Verbal, 1st, 2nd, or 3rd)

Infraction: Telling her boss NO when was asked to [do] something. Not getting along with other co-work[ers]. Has to be more of a team player, mocking cowor[kers]. Just comes off as mean.

Corrective Action: Change your attitude towards others, be apart of the Team.

Time Frame: Effective Immediately.

Consequence of Non-Compliance: Won't continue to work

I agree to meet recommendations set forth by management:

Employee Signature _____ Date _____

Manager's Signature: [signed Wilbur D.]    Date: 1/29/20