Exhibit 12-B





Exhibit 12-B



**Exhibit 12-B**

