


Exhibit 12-C

