```
 1              IN THE UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF ILLINOIS

 3   MARTIN J. WALSH,              )
     Secretary of Labor,           )
 4   United States Department      )
     of Labor,                     )
 5              Plaintiff,         )
       vs.                         ) No. 2021 CV 56
 6   DAYEMI ORGANIZATION,          )
     INC., d/b/a LONGBRANCH        )
 7   CAFE AND BAKERY, an           )
     Illinois Corporation,         )
 8   and ELAINE RAMSEYER           )
     GREENBERG, an                 )
 9   individual,                   )
              Defendants.          )
10
```

11         The discovery deposition of

12   ELAINE RAMSEYER GREENBERG, taken in the

13   above-entitled cause, before Trisha A. Rankin, a

14   Certified Shorthand Reporter in the State of

15   Illinois, on September 30th, 2021, at the hour

16   of 9:00 a.m., via videoconference, pursuant to

17   notice.

18

19

20

21

22

23   Reported by:  Trisha A. Rankin, CSR

24   CSR License No.:  084.004833



```
1    APPEARANCES:
2       OFFICE OF THE SOLICITOR
3       US DEPARTMENT OF LABOR, by
4       MS. ELISABETH SIMCOX NOLTE,
5       230 South Dearborn Street
6       Room 844
7       Chicago, Illinois 60604
8       (312) 353-7837
9       nolte.elisabeth.p@dol.gov
10            Representing the Plaintiff;
11
12      RHODE LAW FIRM, by
13      MS. SHARI R. RHODE,
14      1405 West Main Street
15      Carbondale, Illinois 62901
16      (618) 549-4287
17      shari@rhodelawfirm.com
18            Representing the Defendants.
19
20
21
22
23
24
```



```
                        I N D E X

WITNESS                                      EXAMINATION

ELAINE RAMSEYER GREENBERG

   By Ms. Nolte                                         4

   By Ms. Rhode                                       135




                      E X H I B I T S

NUMBER                                       IDENTIFICATION

ELAINE RAMSEYER GREENBERG Deposition

   Exhibit 1                                            7

   Exhibit 2                                            7

   Exhibit 3                                           26

   Exhibit 4                                           29

   Exhibit 5                                           82

   Exhibit 6                                          111

   Exhibit 7                                          115

   Exhibit 8                                          123
```

1       THE REPORTER:  Parties are present via
2  videoconference to take the discovery deposition
3  of Elaine Ramseyer.  The deposition is being
4  taken by means of videoconferencing and the oath
5  will be administered remotely by the court
6  reporter pursuant to Governor Pritzker's
7  executive order 2020-14.
8            Will all parties present please state
9  your name and agreement with the procedure?
10      MS. NOLTE:  Good morning.  This is
11  Elisabeth Nolte for the Secretary of Labor.  And
12  I am in agreement with the procedure.
13      MS. RHODE:  And I'm Shari Rhode.  I'm here
14  for the defendants.  And I agree to the
15  procedures.
16      THE WITNESS:  And I'm Elaine Ramseyer
17  Greenberg.  I'm the defendant.
18             ELAINE RAMSEYER GREENBERG,
19  having been first duly sworn, was examined and
20  testified as follows:
21                    EXAMINATION
22  BY MS. NOLTE:
23      Q.   Good morning, again.  My name is
24  Elisabeth Nolte.  I'm an attorney for the

1       A.   I do.
2       Q.   Thank you.  So we talked about the
3  staff meetings and that there was times during
4  staff meetings in which, or front of the house
5  meetings, in which the tip pool was discussed.
6  Can you estimate about how frequently the tip
7  pool was discussed during the staff meetings?
8       A.   I would think every couple of years.
9  It was not a hot topic.
10      Q.   Thank you.  Was there any records of
11 when staff meetings occurred?
12      A.   No.
13      Q.   Is there any records relating to staff
14 meetings at all?
15      A.   I could perhaps go back to my computer
16 and find notes, you know, that I had prepped for
17 staff meetings.  But nothing -- nothing formal,
18 no.
19      Q.   Okay. Aside from the tip pool policy
20 of practice, did servers and/or baristas have
21 the authority to change any other policy or
22 practice at the Cafe?
23      A.   Not the authority, but they -- I
24 certainly welcomed feedback and input.  And



Exhibit 3

```
 1           IN THE UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF ILLINOIS

 3   MARTIN J. WALSH,            )
     Secretary of Labor,         )
 4   United States Department    )
     of Labor,                   )
 5              Plaintiff,       )
        vs.                      ) No. 2021 CV 56
 6   DAYEMI ORGANIZATION,        )
     INC., d/b/a LONGBRANCH      )
 7   CAFE AND BAKERY, an         )
     Illinois Corporation,       )
 8   and ELAINE RAMSEYER         )
     GREENBERG, an               )
 9   individual,                 )
                Defendants.      )
10
             I, ELAINE RAMSEYER GREENBERG, being
11   first duly sworn, on oath say that I am the
     deponent in the aforesaid deposition taken on
12   the 30th day of September, 2021; that I have
     read the foregoing transcript of my deposition,
13   and affix my signature to same.

14
                        _____
15                      ELAINE RAMSEYER GREENBERG

16
        Subscribed and sworn to
17      Before me this_____ day
        Of_____, 2021.
18

19   _____
        Notary Public
20

21

22

23

24
```



McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

138

```
1   STATE OF ILLINOIS      )
2                          ) SS.
3   COUNTY OF C O O K      )
4
5        I, Trisha A. Rankin, Certified Shorthand
6   Reporter for the State of Illinois, do hereby
7   certify that heretofore, to-wit,
8   ELAINE RAMSEYER GREENBERG, personally appeared
9   before me via videoconference, in a cause now
10  pending and undetermined in the United States
11  District Court, Southern District of Illinois,
12  wherein MARTIN J. WALSH, et al., is the
13  Plaintiff and DAYEMI ORGANIZATION, INC., et al.,
14  are the Defendants.
15       I further certify that the said
16  ELAINE RAMSEYER GREENBERG, was first duly sworn
17  to testify the truth, the whole truth and
18  nothing but the truth in the cause aforesaid;
19  that the testimony then given by said witness
20  was reported stenographically by me in the
21  presence of the said witness, and afterwards
22  reduced to typewriting by Computer-Aided
23  Transcription, and the foregoing is a true and
24  correct transcript of the testimony so given by
```



1  said witness as aforesaid.
2          I further certify that the signature to
3  the foregoing deposition was reserved by counsel
4  for the respective parties.
5          I further certify that the taking of this
6  deposition was pursuant to notice and that there
7  were present at the deposition the attorneys
8  hereinbefore mentioned.
9          I further certify that I am not counsel
10 for, nor in any way related to the parties to
11 this suit, nor am I in any way interested in the
12 outcome thereof.
13         IN TESTIMONY WHEREOF:  I have hereunto
14 set my verified digital signature, this 22nd day
15 of October 2021.
16
17
18
19  _____
20  TRISHA RANKIN
    CSR LIC. NO.  084.004833
21
22
23
24

```
 1              McCorkle Litigation Services, Inc.
             200 North LaSalle Street, Suite 770
 2                  Chicago, Illinois 60601-1014
    CERTIFIED MAIL
 3
    October 22nd, 2021
 4
    Ms. Elaine Ramseyer Greenberg
 5  100 East Jackson Street
    Carbondale, Illinois 62901
 6
    IN RE:   MARTIN J. WALSH vs. DAYEMI
 7           ORGANIZATION, INC.
    DATE OF DEPOSITION:  September 30th, 2021
 8
    Dear Ms. Ramseyer Greenberg:
 9
    Your deposition taken in the above-entitled
10  cause is now ready for reading and signing as
    required by law.
11
    Please Call the Signature Department upon
12  receipt of this letter to schedule an
    appointment to come to the above address to read
13  and sign your deposition.  You have 28 days from
    the date of this correspondence in which to
14  appear for reading and signing.

15  If you fail to appear or to notify us so that we
    may make arrangements for another appointment,
16  your deposition will be completed and forwarded
    to the attorneys and will be "... used as fully
17  as though signed."

18       _____ Procedure outlined in Rule 207 (a) of
                  the Illinois Supreme Court Rules
19
             _____ Procedure outlined in Rule 30 (e) of
20                    the Rules of Civil Procedure for the
                      U.S. District Courts
21

22  Sincerely,
    Cindy Alicea              Court Reporter Present:
23  Signature Department      Trisha Rankin
    (312) 263-0052
24
```

