# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MARTIN J. WALSH**, Secretary of Labor, United States Department of Labor, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil action no.: 3:21-cv-00056-SMY ) ) CJRA Track: B |
| **DAYEMI ORGANIZATION, INC. d/b/a LONGBRANCH CAFÉ AND BAKERY**, an Illinois corporation, and **ELAINE RAMSEYER GREENBERG**, an individual, | ) ) Trial Date: July 11, 2022 ) ) Judge Staci M. Yandle |
| Defendants. | ) ) |

## SECRETARY OF LABOR'S MOTION TO STRIKE DEFENDANTS' JURY DEMAND REGARDING THEIR GOOD FAITH AFFIRMATIVE DEFENSE

Pursuant to Fed. R. Civ. P. 39(a), Plaintiff, Martin J. Walsh, Secretary of Labor, United States Department of Labor ("Secretary"), by the undersigned attorneys, respectfully moves this Court to strike the jury demand regarding the good faith affirmative defense (29 U.S.C. § 260) asserted by Defendants Dayemi Organization, Inc. d/b/a Longbranch Café and Bakery and Elaine Ramseyer Greenberg (collectively, "Defendants"). As explained in the attached brief, there is no right to a jury trial regarding Defendants' good faith defense. The parties conferred on this motion on May 24, 2022. Defendants oppose this motion.

SEEMA NANDA
Solicitor of Labor

CHRISTINE Z. HERI
Regional Solicitor

*/s/ Elisabeth Nolte*

ELISABETH NOLTE
Trial Attorney

Attorneys for **MARTIN J. WALSH**
Secretary of Labor
U.S. Department of Labor
Plaintiff

Office of the Solicitor
U.S. Department of Labor
230 S. Dearborn St., Room 844
Chicago, IL 60604
Telephone No.: 312/353-7837
Fax No.: 312/353-5698
E-mail: nolte.elisabeth.p@dol.gov

## CERTIFICATE OF SERVICE

I certify that on May 24, 2022, the **Secretary of Labor's Motion to Strike Defendants' Jury Demand Regarding Their Good Faith Affirmative Defense and supporting brief** were filed using the CM/ECF System and served by email on the following:

> Shari R. Rhode, Esq.
> Rhode Law Firm
> 1405 West Main Street
> Carbondale, IL 62901
> shari@rhodelawfirm.com

>> */s/ Elisabeth Nolte*
>> **ELISABETH NOLTE**
>> Attorney