UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MILTON AL STEWARD**, Acting Secretary of Labor, United States Department of Labor,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>**DAYEMI ORGANIZATION, INC. d/b/a LONGBRANCH CAFE AND BAKERY**, an Illinois corporation, and **ELAINE RAMSEYER GREENBERG**, an individual,<br><br>　　　　　　　　Defendants. | Civil action no.:   21-cv-00056-SMY<br><br>JURY DEMAND |

### DEFENDANTS' RULE 26(A)(3) DISCLOSURES

NOW COME Defendants Dayemi Organization, Inc. d/b/a Longbranch Café and Bakery, an Illinois corporation, and Elaine Ramseyer Greenberg, an individual, by and through their attorney, Shari R. Rhode of the Rhode Law Firm, and for their disclosures pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, state as follows:

**A. Witnesses**

**The Witnesses Defendants expect to present at trial are:**

1. Elaine Ramseyer Greenberg
2. Kim Veras
3. Jamie Barbre
4. Raine Fox
5. Madison Pellow
6. Melinda Ware
7. Jailel Barr

8. Jacob Gorecki

**The Witnesses the Defendants may call if the need arises are:**

Any witnesses identified by Plaintiff, impeachment and rebuttal witnesses as necessary.

B. **Deposition designations:**

The Defendants do not expect to call any witnesses at trial via deposition.

C. **Documents**

**Defendants expect to use the following documents at trial:**

1. Paycheck No. 2104 to Wilbur Davis dated February 8, 2022.

2. The paystub related to paycheck No. 2104 to Wilbur Davis dated February 8, 2022.

3. The Longbranch Handbook

**Defendants may use the following documents if the need arises:**

1. Payroll records produced to Plaintiff during its investigation.

2. Plaintiff's Answers and/or supplemental answers to interrogatories.

Respectfully submitted,

By: /s/Shari R. Rhode
Shari R. Rhode, Attorney for Defendants
Bar No. 2324598
Rhode Law Firm
1405 West Main Street
Carbondale, IL 62901
Telephone: 618.549.4287
Facsimile:  618.549.4343
Email: efile@rhodelawfirm.com

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Defendants' Rule 26(a)(3) Disclosures has been served on the below-named individual this June 9, 2022, by sending said copy by email, to:

> Elisabeth Nolte
> U.S. Department of LaborOffice of the Solicitor
> 230 South Dearborn Street, Room 844
> Chicago, Illinois 60604
> Telephone: 312-353-4995
> Facsimile: 312-353-5698
> Email: Nolte.Elisabeth.p@dol.gov

>> /s/  Shari. R. Rhode
>> Shari R. Rhode