IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **EUGENE SCALIA,** *Plaintiff,* v. **DAYEMI ORGANIZATION, INC., et al.,** *Defendants.* | Civil Number: **21-cv-56-SMY** |

## MINUTES OF COURT

**DATE:** June 29, 2022          **LOCATION:** Benton

**PRESENT: HONORABLE REONA J. DALY, U. S. MAGISTRATE JUDGE**

DEPUTY CLERK: Jamie Melson          COURT REPORTER: Chris LaBuwi

Counsel for Plaintiff:     Kevin Wilemon and Elisabeth Nolte

Counsel for Defendants:   Shari Rhode

Proceedings:  Final Pretrial Conference

Counsel present in open court as noted above via video.

The Court advises counsel of jury trial procedures. Parties anticipate trial will take 5 days to try. Jury Trial is set for **Tuesday, July 12, 2022, at 9:00 a.m**. Counsel shall report at 8:30 a.m.

Plaintiff's Motion for Clarification (Doc. 58) is taken under advisement.

The Court takes up the pending Motions in Limine. Written Order to enter.