IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MARTIN J. WALSH, Secretary of Labor,** **United States Department of Labor,** **Plaintiff,** vs. **DAYEMI ORGANIZATION, INC. d/b/a** **LONGBRANCH CAFÉ AND BAKERY,** an Illinois Corporation, and **ELAINE RAMSEYER GREENBERG, an Individual,** **Defendants.** | ) ) ) ) ) ) ) Case No. 21-cv-56-SMY ) ) ) ) ) ) ) ) ) ) |

# ORDER

**YANDLE, District Judge:**

This matter is before this Court for purposes of case management. The Court **ORDERS** the parties meet prior to trial for the purpose of expediting the instruction of the jury as to the law of the case. The Seventh Circuit Federal Jury Instructions – Civil ("7th Circuit Instructions") should be used when applicable; otherwise, the Illinois Pattern Jury Instructions ("IPI") should be used. If neither the 7th Circuit Instructions nor the IPI contain an instruction on a subject, the parties shall propose an instruction that is simple, brief, impartial, and free from judgment.

The Court will prepare and give the following 7th Circuit Instructions, which shall be referred to as Court's Instructions 1 through 9: 1.01, 1.06, 1.11, 1.12, 1.13, 1.17, 1.27, 1.32 and 1.34. It will also give Instruction 10 that forbids the jury from conducting outside investigation or engaging in outside communication about the case. The Court **ORDERS** that, by July 7, 2022, the parties shall submit additional proposed jury instructions in electronic format adaptable to Word on a flash drive, which will be returned, or via electronic mail to SMYpd@ilsd.uscourts.gov.

Hard copies are no longer required. All proposed instructions shall be double-spaced, pre-numbered and identified as to their source.

    **IT IS SO ORDERED.**

    **DATED:  June 29, 2022**

                                              **STACI M. YANDLE**
                                              **United States District Judge**