# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

### MINUTES OF JURY TRIAL

**DATE:** July 13, 2022  **DAY:** 2  **CASE NO.** 21-cv-56-SMY

**PRESIDING:** HON. STACI M. YANDLE

|  |  |
|---|---|
| MARTIN J. WALSH, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, Plaintiff, vs. DAYEMI ORGANIZATION, INC., Defendant. | COURT REPORTER: Chris LaBuwi <br> COURTROOM DEPUTY: Stacie Hurst <br> CONVENED: 8:57 AM <br> ADJOURNED: 4:25 PM <br> CIVIL: X <br> RECESS: 11:23 a.m. – 12:44 p.m. |

**Counsel for Plaintiff:** Elisabeth P. Nolte, Kevin Wilemon

**Counsel for Defendants:** Shari Rhode

**PLAINTIFF WITNESSES:**
(1) Jennifer McSparin         time: 9:04 a.m. – 10:11 a.m.
(2) Lindsay Cappelli          time: 10:35 a.m. – 11:10 a.m.
(3) Olivia Zambetta           time: 11:12 a.m. – 12:51 a.m.
(4) Cierra Goolsby            time: 12:52 p.m. – 1:16 p.m.
(5) Lana Frutoz               time: 1:18 p.m. – 2:01 p.m.
(6) Andrew Guyton             time: 2:03 p.m. – 2:18 p.m.
(7) Jennifer Haselhorst       time: 2:19 p.m. – 2:22 p.m.
(8) Quinton McBride           time: 2:25 p.m. – 2:38 p.m.
(9) Lilly Dunkel              time: 2:39 p.m. – 2:47 p.m.
(10) Elaine Ramseyer Greenburg time: 3:09 p.m. – 4:23 p.m.

**PLAINTIFF EXHIBITS:**
6, 5

Jury Trial set to resume on July 14, 2022, at 9:00 AM in Benton Courthouse before Judge Staci M. Yandle.   Counsel should be present at 8:30 AM.