# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

### MINUTES OF JURY TRIAL

| | | |
|---|---|---|
| DATE: July 14, 2022 | DAY: 3 | CASE NO. 21-cv-56-SMY |
| PRESIDING: HON. STACI M. YANDLE | | |

|  |  |
|---|---|
| MARTIN J. WALSH, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | COURT REPORTER: Chris LaBuwi |
| Plaintiff, | COURTROOM DEPUTY: Stacie Hurst |
|  | CONVENED: 8:53 AM |
| vs. | ADJOURNED: 2:13 PM |
| DAYEMI ORGANIZATION, INC., | CIVIL: X |
| Defendant. | RECESS: 10:00 a.m. – 11:00; 11:48 a.m. – 1:45 p.m. |

**Counsel for Plaintiff:** Kevin Wilemon, Elisabeth P. Nolte

**Counsel for Defendants:** Shari Rhode

**PLAINTIFF WITNESSES:**
(1)  Elaine Ramseyer Greenburg    time:   9:11 a.m. – 9:25 a.m.
(2)  Lindsey Corona                time:   9:40 a.m. – 9:54 a.m.

**PLAINTIFF EXHIBITS:**
16, 19

**Plaintiff rests: 9:56 a.m.**

**Defendant's motion for judgment is DENIED.**

**DEFENDANTS' WITNESSES:**
(1)  Raine Fox             time:   11:03 a.m. – 11:15 a.m.
(2)  Kimberly Veras        time:   11:19 a.m. – 11:20 a.m.
(3)  Jamie Barbre          time:   11:22 a.m. – 11:31 a.m.
(4)  Madison Pellow        time:   11:42 a.m. – 11:47 a.m.

**CONFERENCE FOR JURY INSTRUCTIONS HELD:** time:  1:45 p.m. – 2:13 p.m.

**Jury Trial set to resume on July 15, 2022, at 9:00 AM in Benton Courthouse before Judge Staci M. Yandle. Counsel should be present at 8:30 AM.**