# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

### MINUTES OF JURY TRIAL

| | | |
|---|---|---|
| DATE: July 15, 2022 | DAY: 4 | CASE NO. 21-cv-56-SMY |
| PRESIDING: HON. STACI M. YANDLE | | |

| | |
|---|---|
| | COURT REPORTER: Chris LaBuwi |
| MARTIN J. WALSH, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | |
| Plaintiff, | COURTROOM DEPUTY: Stacie Hurst |
| | CONVENED: 9:05 AM |
| vs. | ADJOURNED: 1:03 PM |
| DAYEMI ORGANIZATION, INC., | CIVIL: X |
| Defendant. | RECESS: 10:33 a.m. – 12:14 p.m. |
| | 12:29 p.m. – 12:52 p.m. |

**Counsel for Plaintiff:** Kevin Wilemon, Elisabeth P. Nolte

**Counsel for Defendants:** Shari Rhode

**DEFENDANTS' WITNESSES:**
(1)   Wilbur Davis                                          time:   9:15 a.m. – 9:30 a.m.

**Defendants rest: 9:31 a.m.**

**Plaintiff's Motion for Judgment is DENIED.**

**EVIDENCE CLOSED: X**                              **WITNESSES EXCUSED: X**

**FINAL ARGUMENT:**

Kevin Wilemon on behalf of plaintiff.
Shari Rhode on behalf of defendant.
Kevin Wilemon on behalf of plaintiff.

**ALTERNATE(S) EXCUSED: X     MARSHAL SWORN: X**

**JURY RETIRES: 10:33 a.m.**

**JURY CORRESPONDENCE WITH JUDGE:** At 12:14 p.m., a jury note is received. Counsel and parties are reconvened in the courtroom.

**JURY RETURNS: 12:44 p.m.**

**VERDICT:** The jury finds that Defendant Longbranch and Defendant Ramseyer required the tipped employees (servers and baristas) at Longbranch Café and Bakery to participate in a tip pool including non-tipped employees (cooks and dishwashers), the Defendant Longbranch and Defendant Ramseyer failed to pay their employees the minimum wage

**required by law, and finds the amount that should be awarded as back wages at $4,920.02.**

**JURY EXCUSED:   X**

**EXHIBITS: WITHDRAWN:    X**