# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

## Exhibit List

| | |
|---|---|
| Style: Walsh v. Dayemi Organization, Inc. d/b/a Longbranch Café & Bakery et al. | |
| Case Number: 3:21-cv-00056-SMY | |

| Presiding Judge: STACI M. YANDLE | Plaintiff's Attorney: Kevin M. Wilemon and Elisabeth Nolte | Defendant's Attorney: Shari R. Rhode |
|---|---|---|
| Trial Date: July 12, 2022 | Court Reporter: Chris LaBuwi | Courtroom Deputy: Stacie Hurst |

| Pltf/Govt No. | Deft. No. | Date Marked | Description | Objection | Admitted |
|---|---|---|---|---|---|
| 4 | | 7/12/2022 | Tip Out Policy – Standard Operating Procedures photograph (DOL DOCS 000058) | X | X |
| 5 | | 7/13/2022 | Longbranch Café & Bakery New Hire Training Packet (2019) (LB 046-60) | | X |
| 6 | | 7/13/2022 | Longbranch Café & Bakery New Hire Training Packet (2018) | | X |
| 7 | | 7/12/2022 | Tip bucket photograph (DOL DOCS 000011) | | X |
| 11 | | 7/12/2022 | Tip bucket photograph (DOL DOCS 000015) | | X |
| 16 | | 7/14/2022 | Defendants' payroll records | | X |
| 19 | | 7/14/2022 | Back Wage Computations, Form WH-55 (DOL DOCS 000097) | X | X |