Judge Yandle,

The instructions after questions 1 & 2 say we have to answer yes to question 3 if we have answered yes to either of the first two. Why is that?

YOU MUST APPLY THE LAW AS IT HAS BEEN PROVIDED TO YOU. THIS INCLUDES COMPLETING THE VERDICT FORM AS INSTRUCTED.

JUDGE YANDLE
12:29 P.M.

CSD
S Sutcliff
12:14 pm
o 7/15/2022