IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor, </br></br>Plaintiff,</br></br>vs.</br></br>DAYEMI ORGANIZATION, INC. d/b/a LONGBRANCH CAFÉ AND BAKERY, an Illinois Corporation, and ELAINE RAMSEYER GREENBERG, an Individual,</br></br>Defendants. | )</br>)</br>)</br>)</br>)</br>)  Case No. 21-cv-56-SMY</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>) |

## **VERDICT**

**Do you find by a preponderance of the evidence:**

1. That Defendant Longbranch required the tipped employees (servers and baristas) at Longbranch Café and Bakery to participate in a tip pool including non-tipped employees (cooks and dishwashers)?

    Answer Yes or No    _Yes_

2. That Defendant Ramseyer required the tipped employees (servers and baristas) at Longbranch Café and Bakery to participate in a tip pool including non-tipped employees (cooks and dishwashers)?

    Answer Yes or No    _Yes_

If your answers to questions 1 and 2 are both "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer to either question 1 or 2 is "Yes," you must answer "Yes" to the next question.

3. That the Defendant Longbranch and Defendant Ramseyer failed to pay their employees the minimum wage required by law?

Answer Yes or No  ___Yes___

4. That $49,200.23 in minimum wages should be awarded as back wages?

Answer Yes or No  ___4,920.02___

If your answer is "No," in what amount?   $___4,920.02___