# CIVIL JURY INSTRUCTION CHART

Case No. 21-56
Case Name: *Walsh v. Dayemi et al.*

C#= Court's instruction number
J# = Joint instruction number
P# = Plaintiff's instruction number
D#= Defendants' instruction number

## COURT'S PROPOSED INSTRUCTIONS

| Court's | # | Source | Objection | Given |
|---|---|---|---|---|
| Functions of Court & jury | C1 | 1.01 | | x |
| What is evidence | C2 | 1.04 | | x |
| What is not evidence | C3 | 1.06 | | x |
| Notes | C4 | 1.07 | Same as J3 | x |
| Determining facts | C5 | 1.08 | | x |
| Weighing evidence – reasonable inferences | C6 | 1.11 | | x |
| Direct/circumstantial evidence | C7 | 1.12 | | x |
| Testimony of witnesses | C8 | 1.13 | | x |
| Number of witnesses | C9 | 1.17 | | x |
| Use of witnesses or exhibits | C10 | 1.18 | | x |
| Burden of proof – preponderance of the evidence | C11 | 1.27 | | x |
| Presiding juror selection | C12 | 1.32 | | x |
| Communicating with court | C13 | 1.33 | Same as J4 | x |
| No outside communication | C14 | AO recommendation | | x |
| Judge's comments to lawyer | C15 | 2.14 | | x |

| | | | | |
|---|---|---|---|---|
| Stipulated facts | C16 | 2.05 | | x |
| Adverse inference from missing witness | C17 | 1.19 | | withdrawn |
| Elements | C18 | 29 U.S.C. § 203(m); *Kubiak v. S.W. Cowboy, Inc.*, Case No. 12-cv-1306-J-34-JRK, Doc. 236 (M.D. Fla. March 17, 2016) | P: wants additional language in paragraph 3.  D: wants to add additional language | x |

## JOINT PROPOSED INSTRUCTIONS

| Joint | # | Source | Objection | Given |
|---|---|---|---|---|
| Corporation | J1 | 1.03 | | x |
| Demonstrative evidence | J2 | 1.24 | | refused |
| Note-taking | J3 | 1.07 | Same as C4 | withdrawn |
| Communication with the Court | J4 | 1.33 | Same as C13 | withdrawn |

## PLAINTIFF'S PROPOSED INSTRUCTIONS

| Plaintiff's | # | Source | Objection | Given |
|---|---|---|---|---|
| Defendants liable under FLSA as employers | P1 | 11th Cir. Instruct. 4.14, *1 (Civ. Cases) (2018); 5th Cir. Jury Instruct. 11.24-B (Civ. Cases) (2016). 29 U.S.C. § 203(d); 29 U.S.C. § 216(c); *Walsh v. Saline County Ambulance Serv., Inc.*, 2022 WL 2305681, at *2 (S.D. Ill. June 27, 2022) | | refused |
| Employer defined | P2 | 29 U.S.C. § 203(d); *Falk v. Brennan*, 414 U.S. 190, 195 (1973); *Luder v. Endicott*, 253 F. 3d 1020, 1022 (7th | | refused |

| Plaintiff's | # | Source | Objection | Given |
|---|---|---|---|---|
| | | Cir. 2001); and other case law | | |
| General characteristics of tips | P3 | 29 U.S.C. § 203(m); 29 C.F.R. § 531.52 (2018); *Dayton v. Fox Rest. Venture, LLC*, No. 1:16-CV-02109-LJM-MJD, 2017 WL 286788, at *3 (S.D. Ind. Jan. 23, 2017) | | refused |
| Tip pools and tip voluntariness | P4 | 29 U.S.C. § 203(m)(2)(A); 29 C.F.R. § 531.54; case law | | refused |
| Verdict Form | | | | X (as revised) |

### DEFENDANTS' PROPOSED INSTRUCTIONS

| Defendants' | # | Source | Objection | Given |
|---|---|---|---|---|
| Introducing the Secretary and Labor, Wage, and Hour agency | D1 | | | x |
| Defendants are employers under FLSA | D2 | Stipulations 3 and 6 | | X (as revised) |
| Defining minimum wage | D3 | 8th Circuit Pattern Jury Instruction No. 16.02; 29 U.S.C. § 206(a)(1)(c) | | X (as revised) |
| Burden of proof | D4 | *Anderson v. Mt. Clemens Pottery Co.*, 328 U.S. 680, 686-87 (1946). | | refused |
| Defining valid tip pool | D5 | *Williams-Greer v. J. Alexander's Restaurants, Inc.*, 277 F.R.D. 374 (N.D. Il 2011); 29 C.F.R. § 531.54 | | refused |

3

| | | | | |
|---|---|---|---|---|
| Defining valid voluntary tip pool | D6 | *Berger v. Perry's Steakhouse of Ill., LLC,* 430 F. Supp.3d 397, 404 (N.D. Il. 2019). | | refused |
| Damages | D7 | 3.09 | | refused |
| Instructing how to calculate back wages for invalid tip pool | D8 | 29 U.S.C. § 206(a)(1)(c) | | x |
| Defining good faith to liquidated damages | D9 | *Shea v. Galaxie Lumber Constr. Co. Ltd.*, 152 F.3d 729 (7th Cir. 1998). | | refused |
| Verdict Form A | 10 | | | refused |
| Verdict Form B | 11 | | | refused |