# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 21-cv-56-SMY |
| vs. | ) ) ) |
| DAYEMI ORGANIZATION, INC. d/b/a LONGBRANCH CAFÉ AND BAKERY, an Illinois Corporation, and ELAINE RAMSEYER GREENBERG, an Individual, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order dated June 24, 2022 (Doc. 51) and Court's Order date July 11, 2022 (Doc. 64), the Court found as a matter of law that Defendants Dayemi Organization, Inc. d/b/a Longbranch Café and Bakery and Elaine Ramseyer Greenberg, violated the Fair Labor Standards Act, as amended 29 U.S.C. § 201 *et seq* ("FLSA") §§ 7, 11, and 15.  Accordingly, judgment is entered in favor of Plaintiff Martin J. Walsh, Secretary of Labor, U.S. Department of Labor and against Defendants in the amount of $126.01 for Defendants' FLSA overtime violation.  Plaintiff is further awarded liquidated damages on the overtime violation in the amount of $126.01.  The Court further awards liquidated damages in the amount of $38.42 to Plaintiff on behalf of Wilbur Davis.

This case was tried by a jury and the jury rendered a verdict on July 15, 2022, in favor of Plaintiff in the amount of $4,920.23 and against Defendants (Doc. 73).  Pursuant to the Court's Order dated January 13, 2023 (Doc. 85), judgment is entered in favor of Plaintiff in the amount of

$49,200.23 and against Defendants. The Court further awards liquidated damages in the amount of $49,200.23.

Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:  January 13, 2023**

                                              **MONICA STUMP, Clerk of Court**

                                              **By: s/ Stacie Hurst, Deputy Clerk**

**Approved:**

*[signature]*

**STACI M. YANDLE**
**United States District Judge**